AO91 (Rev. 12/03) Criminal Complaint                                                                 AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                        **CRIMINAL COMPLAINT**
                vs.
                                                    Case Number: 1:18-po-5331
Jose Adan ARGUETA-Lainez
A201 449 467  Honduras

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **November 05, 2018** in **Cameron** County, in the **Southern District Of Texas** defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on November 05, 2018. The defendant is a citizen of Honduras who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on November 05, 2018 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Mora, Sergio A.  Border Patrol Agent
Signature of Complainant

Mora, Sergio A.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 07, 2018                                       at     Brownsville, Texas
Date                                                           City/State

Ignacio Torteya III            U.S. Magistrate Judge
Name of Judge                  Title of Judge                 Signature of Judge